# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 328 MAL 2016
           : 
       Respondent    : 
           :    Petition for Allowance of Appeal from
           :    the Order of the Superior Court
       v.    : 
           : 
           : 
           : 
DANIEL CASTRO-JIMENEZ,    : 
           : 
       Petitioner    : 

## ORDER

**PER CURIAM**

       **AND NOW**, this 14th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.